IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| NIKOLE STREETER, *As Trustee on behalf of Nikole Charmaine Hatton Living Revocable Trust, et al.*, | Case No. 1:24-cv-371 |
| | Judge Matthew W. McFarland |
| | Magistrate Judge Stephanie K. Bowman |
| Plaintiffs, | |
| v. | |
| ROBIN SPIVEY, *et al.*, | |
| Defendants. | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 4)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman (Doc. 4), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety. The Court further notes that the Report and Recommendation, which was sent to Plaintiffs' last known address, was returned as undeliverable. (*See* Doc. 5.) However, it is Plaintiffs' responsibility to keep the Court advised of their current address. *See Barber v. Runyon*, No. 93-6318, 1994 WL 163765, at *1 (6th Cir. May 2, 1994); *Banks v. Warden, Franklin Med. Ctr.*, No. 2:11-CV-1117, 2014 WL 116876, at *1 (S.D. Ohio Jan. 10, 2014).

Accordingly, the Court **ORDERS** the following:

1. This case is **DISMISSED** with prejudice for failure to state a claim for relief;

2. Pursuant to U.S.C. § 1915(a), it is hereby certified that any appeal of this Order would not be taken in good faith and that Plaintiffs are denied leave to appeal *in forma pauperis*. Plaintiffs remain free to apply to proceed *in forma pauperis* in the Court of Appeals;

3. This case is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND